# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00532-CR

**Jorge Alegandro Gonzales, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT NO. 2443, HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for delivery of marihuana. Sentence was imposed on January 19, 2000. The deadline for filing a motion for new trial or notice of appeal was therefore February 18, 2000. *See* Tex. R. App. P. 21.4(a), 26.2(a)(1). Motion for new trial was untimely filed on April 20, and notice of appeal was untimely filed on July 31. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Justices Jones, Kidd and Yeakel

Dismissed for Want of Jurisdiction

Filed:   September 14, 2000

Do Not Publish